Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL XII

| VÍCTOR E. CARDONA ORTIZ<br><br>Parte Recurrida<br><br>v.<br><br>RONNIE MONGE REYES<br><br>Parte Peticionaria | TA2025CE00861 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala de Caguas<br><br>Civil núm.: SJ2025CV06769<br><br>Sobre: Interdicto y Sentencia Declaratoria |
|---|---|---|

Panel integrado por su presidente, el Juez Candelaria Rosa, el Juez Adames Soto, el Juez Campos Pérez y la Jueza Trigo Ferraiuoli.

Trigo Ferraiuoli, jueza ponente.

## RESOLUCIÓN

En San Juan, Puerto Rico a 5 de diciembre de 2025.

En atención al *Recurso de Certiorari* y la *Solicitud de Orden de Auxilio de Jurisdicción,* ambos presentados el 4 de diciembre de 2025, por la parte peticionaria, Ronnie Monge Reyes, este Tribunal concluye que procede abstenerse de ejercer su jurisdicción revisora, por lo que se deniega la expedición del auto de *certiorari.* Consecuentemente, se declara No Ha Lugar la solicitud de orden en auxilio de jurisdicción.

**Notifíquese inmediatamente.**

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones